# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Olson, | Civil No. 13-1777 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| James Kambiri; Ramsey County; State of Minnesota; Minnesota Attorney General Lori Swanson; United States Department of State; and U.S. Secretary of State John Kerry, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated November 22, 2013. (Doc. No. 31.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc. No. [31]) is **ADOPTED**.

2. Plaintiff's Motion for Injunctive Relief by Default (Doc. No. [30]) is **DENIED WITHOUT PREJUDICE**, as set forth in the Report and Recommendation dated November 22, 2013.

Dated: December 10, 2013        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge